UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>      Plaintiff,<br><br>v.<br><br>DANIEL E. MENDOZA et al.,<br><br>      Defendants. | Case No. 2:24-cv-00519-SB-AS<br><br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

      Plaintiff Lamar Myers filed this case against Defendants Daniel E. Mendoza and Antonio Jimenez on January 19, 2024, and their responsive pleadings were due on February 23, 2024.  Dkt. Nos. 11, 12.  Defendants have failed to respond, and Plaintiff has not sought entry of default.  The Court ORDERS Plaintiff to show cause, in writing no later than 9:00 a.m. on February 28, 2024, why this case should not be dismissed for lack of prosecution in light of Plaintiff's failure to communicate.  The Court SETS a hearing on the order to show cause at 8:30 a.m. on March 1, 2024.

      The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before February 28, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Plaintiff's failure to timely file a response to this order or appear at the hearing will be deemed consent to dismissal with prejudice.

Date: February 26, 2024

                                                            Stanley Blumenfeld, Jr.
                                                           United States District Judge